UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDON KEITH JACKSON**                              **CIVIL ACTION**

**VERSUS**                                             **NO. 20-3393**

**LT. JEREMY BOONE, et al.**                           **SECTION: "G"(4)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff Brandon Keith Jackson's official claims against Defendants Lt. Jeremy Boone, Sgt. Antwan Sauders, Lt. Jules Herbert, Sgt. Gavin LeMaire, and Sgt. Ervin Crain are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

1

**IT IS FURTHER ORDERED** that Plaintiff Brandon Keith Jackson's individual claims against Defendants Lt. Jeremy Boone, Sgt. Antwan Sauders, Lt. Jules Herbert, Sgt. Gavin LeMaire, and Sgt. Ervin Crain are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A, and § 1997e as frivolous, for seeking relief against immune defendants, and for failure to state a claim for which relief can be granted.

**NEW ORLEANS, LOUISIANA,** this  11th  day of January, 2023.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**