UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON KEITH JACKSON                    CIVIL ACTION

VERSUS                                   NO. 20-3393

LT. JEREMY BOONE, et al.                 SECTION: "G"(4)

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be a judgment in favor of Defendants Lt. Jeremy Boone, Sgt. Antwan Sauders, Lt. Jules Herbert, Sgt. Gavin LeMaire, and Sgt. Ervin Crain and against Plaintiff Brandon Keith Jackson, dismissing the official capacity claims without prejudice and the individual capacity claims with prejudice.

**NEW ORLEANS, LOUISIANA,** this 11th day of January, 2023.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**